**Fill in this information to identify the case:**

Debtor name __LCF LABS, INC.__

United States Bankruptcy Court for the: __CENTRAL__ _____ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NUDE NICOTINE, INC. C/O DAYTON PARCEL 1901 Ave. Stars, 11th Fl, LA | Dayton Parcells dbparcells@parcellslaw.com (310) 201-9882 | Trade Debt | Disputed | | Setoff of Cross-Claim $300,000 | 214,000, plus alleged atty. fees/costs. |
| 2 | Direct Link Solutions LLC 2171 Grove Ave., Ste. G Ontario, CA 91761 | Purchasing 909-904-1504 Directlinksolutions.net | Trade Debt | | | | $6,280.56 |
| 3 | Datacor, Inc. 25 Hanover Road, Bld. B, Ste. 300 Florham Park, NJ 07932 | Purchasing 973-822-1551 crmsupport@datacor.com | Trade Debt | | | | $28,903.58 |
| 4 | Kamram Staffing, Inc. Post Office Box 399172 San Francisco, CA 94139 | Purchasing (909) 476-0008 kamranstaffing.com | Staffing | | | | $22,271.15 |
| 5 | North American Nicotine 4114 Rawhide Rd. Rocklin, CA 95677 | Purchasing (916) 521-9997 northamerican nicotine.com | Trade Debt | | | | $86,130.00 |
| 6 | Uline P.O. Box 88741 Chicago, IL 60680 | Purchasing 1800 799 5942 uline.com | Trade Debt | | | | $47,854.00 |
| 7 | Vivion, Inc. 929 Bransten Rd. San Carlos, CA 94070 | Purchasing (650) 595-3600 Vivion.com | Trade Debt | | | | $7,837.60 |
| 8 | | | | | | | |