Nude Nicotine
In Care of Dayton Parcells III
1901 Avenue of the Stars 11th Floor
Los Angeles, California 90067


Direct Link Solutions LLC
2171 Grove Avenue Suite G
Ontario, CA 91761


Datacor Inc.
25 Hanover Road Building B Suite 300
Florham Park, NJ 07932


Kamram Staffing Inc.
Post Office Box 399172
San Francisco, CA 94139


North American Nicotine
4114 Rawhide Road
Rocklin, CA 95677


Uline
Post Office Box 86741
Chicago, IL 60680


Vivion Inc.
929 Bransten Road
San Carlos, CA 94070