PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
CAMERON RIDLEY, SBN 324514
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:        Everett.L.Green@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LCF LABS, Inc.,<br><br>  Debtor &<br>  Debtor-In-Possession. | Case No. 6:20-bk-14295-MW<br><br>Chapter 11<br><br>**NOTICE OF TELEPHONIC MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a) & FEDERAL RULE BANKRUPTCY PROCEDURE 2003**<br><br>**Meeting Information:**<br>Date:        July 20, 2020<br>Time:       1:30 p.m.<br>Call Info.: Tel. No. (866) 822-7121<br>                Code: 6203551 |

**TO THE DEBTOR AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that due to the developing issues with the COVID-19 virus and the national and state declarations of emergency by the President of the United States and the Governor of California, the meeting of creditors pursuant to 11 U.S.C. § 341(a) and Federal Rule of Bankruptcy Procedure 2003 scheduled for *July 20, 2020 at 1:30 p.m.* will be conducted telephonically.

**PLEASE TAKE NOTICE** that the Debtor, creditors, and any party-in-interest who wishes to participate should call:

Conference No.:    (866) 822-7121

Participant No.    6203551

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate should email Everett L. Green at Everett.L.Green@usdoj.gov prior to the meeting with the following information:

- Case name and number;
- Date and time of § 341(a) meeting; and
- Your name and who you represent.

DATED: June 24, 2020

PETER C. ANDERSON
UNITED STATES TRUSTEE

By:    /s/ *Everett L. Green*
Everett L. Green
Trial Attorney