**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Dustin Nirschl (State Bar No. 326648)
3845 Tenth Street
Riverside, CA 92501
Telephone: (951) 784-1678
Facsimile: (866) 762-0618
Email: mail@theturocifirm.com

Attorneys for creditor, Akbar Razavi

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re.: | Case No. 6:20-bk-14295-MW |
| **LCF LABS, INC.,** | Chapter: 11 |
| Debtor. | **MOTION FOR RULE 2004 EXAMINATION OF QUSAY AL-QAZA'S AND COMPELLING THE PRODUCTION OF DOCUMENTS;** |
| | **DECLARATION OF TODD TUROCI AND AKBAR RAZAVI IN SUPPORT THEREOF.** |
| | [No Hearing on Motion Required.] |
| | Date of Document Production:<br>Date:     August 19, 2020<br>Time:     10:00 a.m.<br>Location: The Turoci Firm<br>          3845 Tenth St.<br>          Riverside CA  92501<br>Telephone: 951-784-1678 |
| | Date of Examination of Qusay Al-Qaza:<br>Date:     August 21, 2020<br>Time:     10:00 a.m.<br>Location: The Turoci Firm<br>          3845 Tenth St.<br>          Riverside CA  92501<br>          Telephone: 951-784-1678 |

//

**TO THE HONORABLE MARK S. WALLACE, JUDGE OF THE UNITED STATES BANKRUPTY COURT, ARTURO CISNEROS IN HIS CAPACITY AS TRUSTEE, THE DEBTOR, QUSAY AL-QAZA, THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Akbar Razavi (the "Movant"), as a creditor of the estate and interested party in the above-captioned Chapter 11 Case (the "Bankruptcy Case"), moves this Court for an order authorizing the examination of Qusay Al-Qaza as the person most knowledgeable at LCF Labs, Inc. and to compel production of documents pursuant to Federal Rule of Bankruptcy Procedure Rule 2004.

Rule 2004 provides that upon motion of any party in interest the court may order the examination of the debtor under this rule or under 11 U.S.C. Section 343, that relate to the "acts, conduct or property or to the liabilities and financial condition of the debtor's estates, or the debtor's right to discharge…" Movant requests that the Court order the Respondent to appear for examination before a court reporter, and produce the documents as listed upon *Exhibit 1*, attached to this Motion.

Dated: July 30, 2020

**THE TUROCI FIRM**

By: _____
Todd Turoci
Attorneys for Movant

# MEMORANDUM OF POINTS & AUTHORITIES

## I.

## ARGUMENTS

**A.   There is Good Cause to Grant Movant's Request.**

A party in interest may order the examination of a debtor to investigate the "acts, conduct, or property to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." FRBP 2004(b). Good cause need not be shown <u>unless and until</u> a party opposes the examination by filing a motion to quash the subpoena. *See In re Dinubilo*, 177 B.R. 932, 943 (Bankr. E.D. Cal. 1993). Generally, "good cause is shown if the examination is necessary to establish the claim of the party seeking the examination, or if denial of such request would cause the examiner undue hardship or injustice." *Id.*

Here, the Movant is the prior improperly displaced Chief Executive Officer and shareholder. Movant reviewed the petition and schedules filed by Debtor and Movant's counsel attended the initial 341(a) meeting of creditors. Movant maintains that representations in the petition are inaccurate and either reflect reckless disregard for the truth or constitute intentional misrepresentations. *See* Declaration of Akbar Razavi. Movant further maintains that he is owed unpaid wages, contribution to certain debt, damages under an enforceable contract or alternatively damages in reliance on Debtor's representations, and damages for breach of fiduciary duties. *See id.* Movant desires to inquire into Debtor's financial condition and certain pre-petition transfers that may be fraudulent.

Debtor has obstructed and other wise prevented Movant's access to company information necessary to show the extent of his claims, to substantiate his suspicions of improper conduct, and to demonstrate that the instant case is filed in bad faith and inappropriate for confirmation. In fact, there is a restraining order that prevents Movant's appearance at the Debtor's premises. *See* Declaration of Akbar Razavi. Failure of the Court to permit the examination would cause undue hardship and injustice to the Movant because he has no other access to the necessary information

he requests here and because he suspects Debtor is acting to dissipate the assets of the estate. Hence, there is good cause to grant the instant motion.

**B.    This Motion is in Conformity with the Applicable Local Rules.**

On July 17, 2020, attorney Todd Turoci of The Turoci Firm sent correspondence, by mail and email, to Neil C. Evans at the address listed on the Debtor's bankruptcy case docket. *See* Meet and Confer Correspondence attached hereto as *Exhibit 2*. To comply with Local Bankruptcy Rule ("LBR") 2004-1(a), Movant requested that the parties meet and confer to arrange a mutually agreeable date, time, place and scope of an examination and production. As of the date of this motion, Neil C. Evans has not responded to Movant's request.

To comply with the LBR 2004-1(b), the following information is known. The Debtor's Petition and Schedules list the Debtor's address as 895 S. Rockefeller Avenue, Unit 103, Ontario, CA 91761. The records of the California Secretary of State list the company's agent for service as Qusay Al-Qaza with an address of 895 S. Rockefeller Avenue, Unit 103, Ontario, CA 91761. Al-Qaza is the person most knowledgeable because he is the agent for service of process, is the current Chief Executive Officer, and provided testimony at the initial 341(a) meeting of creditors on behalf of the Debtor. Al-Qaza's home address is unknown at this time.

There is no adversary proceeding or contested matter currently pending that would allow for the examination under Federal Rules of Bankruptcy Procedure 7030 or 9014. Movant therefore requests the examination be authorized under Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1.

**C.    Proposed Date and Time of Examination.**

Movant requests that the production and examination be conducted on the following dates at the office of The Turoci Firm located at 3845 Tenth Street, Riverside California 92501 as follows:

    1.    Production of Documents: August 19, 2020 at 10:00 a.m.

    2.    Examination: August 21, 2020, at 10:00 a.m.

//

//

# II.

# CONCLUSION

**WHEREFORE**, Movant respectfully requests that this Court enter an order.

1. Authorizing the examination of Qusay Al-Qaza;
2. Compelling the production of documents; and
3. Authorizing the issuance of a subpoena.

Respectfully submitted,

Dated: July 30, 2020

**THE TUROCI FIRM**

By: _____
Todd Turoci
Attorneys for Movant

# **DECLARATION OF TODD TUROCI**

I, Todd Turoci, declare and state:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

2. I am an attorney at law duly admitted to practice in the State of California and before all courts in the state. I am the attorney of record for the Movant and am the owner of The Turoci Firm (the "Firm"), located at 3845 Tenth Street, Riverside, California 92501.

3. On July 17, 2020, my office sent correspondence to Neil C. Evans, Debtor's counsel, requesting the production of certain documents and an opportunity to examine the Debtor. I requested that the parties confer telephonically or in-person so that an agreeable date, time, place, and scope of an examination or production be determined. As of the date of this declaration, Debtor's counsel has not yet responded. During the 341(a) meeting Movant's Counsel reiterated his request for the production of documents and Debtor's Counsel merely stated that he would get back to our office. He has not.

4. Attached as Exhibit 1 is a list of Document Production Requests.

5. Attached as Exhibit 2 is a copy of Meet and Confer correspondence sent to Debtor's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of July 2020.



Todd Turoci

## DECLARATION OF AKBAR RAZAVI

I, Akbar Razavi, declare and state:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

2. I am owed unpaid wages, damages, and contribution for debt jointly held by the Debtor and me as an individual.

3. The current CEO is hostile towards me and has prevented me from accessing the Debtor's information and accounts. In fact, there is a restraining order that prevents me from entering the Debtor's premises.

4. On information and belief, Debtor is operating under the name of LCF Labs, Inc. but is directing the payment of certain invoices to accounts outside of the Debtor. Further, upon review of Qusay Al-Qaza's testimony at the 341(a) meeting of creditors, I believe that Al-Qaza intentionally misrepresented facts or made statements with reckless disregard for their truth. Likewise, based on my knowledge of the Debtor, I dispute the veracity and truthfulness of the Debtor's filed petition and schedules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of July 2020.

Akbar Razavi

# EXHIBIT 1

## CREDITOR'S REQUEST FOR PRODUCTION OF DOCUMENTS

1. Your most recent Statement of Information filed with the California Secretary of State.

2. Your Articles of Organization.

3. Your Bylaws.

4. Any and all documents that establish or evidence the company's assets including balance sheets that reflect the value of company assets for February 2020, March 2020, April 2020, and May of 2020; any document that discloses the company's intellectual property including its trademarks, patents, and copyrights; and any agreement entered into between the company and any client executed after January of 2020.

5. All bank statements from January of 2018 through July of 2020 in connection to the company, in the company's control or custody, or for which the company is a signatory.

6. Profit and loss statements evidencing the company's economic condition for the period of January 2018 through July of 2020.

7. 941 Employer's Quarterly Federal Tax Returns prepared by or on behalf of the company for the period of January of 2018 through July of 2020.

8. 944 Employer's Annual Federal Tax Return prepared by or on behalf of the company for the period of January of 2018 through July of 2020.

9. Any documents evidencing a sale or transfer of company assets from January of 2018 to July of 2020.

10. Any documents that reflect or show the balance and nature of the Debtor's accounts receivables from January of 2018 to July of 2020.

11. Any and all documents in your custody, control, or possession that relate to Medusa, LLC.

12. Any and all documents that relate to the Debtor's production, manufacturing, or logistics services involving Covid-19 related products such as hand sanitizer from July of 2019 to July of 2020.

13. Any and all agreements including service agreements entered into by the Debtor from July of 2019 to July of 2020.

14. Any and all invoices that were prepared and submitted to third parties on behalf of the Debtor or involving services that relate to or are otherwise affiliated with the Debtor from July of 2019 to July of 2020.

15. All documents Debtor provided to the Trustee, Arturo Cisneros, or to the United States Trustee's Office in connection to the chapter 11 bankruptcy case.

16. Any documents that evidence a loan between Debtor and any entity including Haris Wellness.

# EXHIBIT 2

# THE TUROCI FIRM

3845 Tenth St.
Riverside, CA 92501

Todd Turoci
Dustin Nirschl

Hon. Meredith Jury (Ret.)
Of Counsel
Telephone: 951-784-1678 Facsimile:
866-762-0618
mail@theturocifirm.com

July 17, 2020

Sent by Email and Mail
Law Offices of Neil C. Evans
Attn: Neil C. Evans
13351D Riverside Dr., STE 612
Sherman Oaks, CA 91423

Re: Creditor's Request for Production of Documents and Examination Pursuant to LBR 2004-1.

To Neil C. Evans:

Our office represents Akbar Razavi, a creditor of the estate in the matter of *In re LCF Labs, Inc.*, case number 6:20-BK-14295-MW. It is our understanding that the Debtor is owed money for among other things, unpaid wages.

As a creditor of the estate and past employee of the Debtor, Mr. Razavi is entitled to investigate the Debtor by 2004 examination. However, Pursuant to Local Bankruptcy Rule ("LBR") 2004-1, it is the examiner's obligation to first confer, in person or telephonically, to arrange for a mutually agreeable date, time, place, and scope of an examination or production. LBR 2004-1(a). Please see the enclosed Request for Production of Documents. In addition, please produce a copy of the seven (7) day package prepared by your office. Early production of the requested documents will streamline this process.

Please respond within five (5) days from the date listed on this correspondence. Please provide our office your availability for an in person or telephonic conference within five (5) days of the date of your response. If no response is received, please be advised that Mr. Razavi will file a FRBP 2004 motion.

A courtesy copy of this correspondence was sent by email to the address listed on the bankruptcy docket (evanstnt@aol.com).

Encl: Document Demand

Thank you,

Todd Turoci

1 | Page

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR THE PERSON MOST KNOWLEGABLE OF LCF LABS, INC. TO APPEAR FOR EXAMINATION AND PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004; AND DECLARATION OF TOOD TUROCI AND AKBAR RAZAVI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/30/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Arturo Cisneros (TR)   amctrustee@mclaw.org, acisneros@iq7technology.com
- Neil C Evans   evanstnt@aol.com
- Abram Feuerstein   abram.s.feuerstein@usdoj.gov
- Everett L Green   everett.l.green@usdoj.gov
- Cameron C Ridley   Cameron.Ridley@usdoj.gov
- Todd L Turoci   mail@theturocifirm.com
- United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **07/30/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy
Honorable Mark S. Wallace
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

Debtor's Counsel
Law Offices of Neil C Evans
13351D Riverside Dr Ste 612
Sherman Oaks, CA 91423

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/30/2020 | Daisy Diaz | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           **F 9013-3.1.PROOF.SERVICE**