FILED & ENTERED

AUG 31 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LCF LABS INC.<br><br><br><br>Debtor(s). | Case No.: 6:20-bk-14295-MW<br><br>CHAPTER 11<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:          August 13, 2020<br>Time:         9:00 AM<br>Courtroom: 225 |

    The Court continues this status conference to October 8, 2020 at 9:00 a.m. In view of the coronavirus pandemic, telephonic appearances through CourtCall will be required until further notice. An updated status report is due September 24, 2020.

    IT IS SO ORDERED.

###

Date: August 31, 2020

Mark S. Wallace
United States Bankruptcy Judge